**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **International Inspirations Ltd. dba Lux Accessories; and Rosenthal & Rosenthal, Inc.** |
| Bankruptcy Case: | **Vanity Shop of Grand Forks, Inc.** |
| Preference Period: | **Dec 1, 2016 - Mar 1, 2017** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 882993 | 11/29/2016 | $13,461.60 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 660300 | $25,571.96 | 1/17/2017 | 887149 | 12/9/2016 | $8,757.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 660300 | $25,571.96 | 1/17/2017 | 886426 | 12/9/2016 | $7,665.60 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 660300 | $25,571.96 | 1/17/2017 | 882995 | 12/9/2016 | $9,203.85 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 660300 | $25,571.96 | 1/17/2017 | 880559 | 12/9/2016 | $1,105.65 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659520 | $16,470.46 | 12/21/2016 | 882994 | 11/29/2016 | $11,821.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659520 | $16,470.46 | 12/21/2016 | 878741 | 11/29/2016 | $4,984.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 651668 | $17,670.87 | 12/30/2016 | 860400 | 10/28/2016 | $1,704.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 882996 | 11/29/2016 | $604.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663874 | $3,390.38 | 1/26/2017 | 242281:1/18/2017 | 1/18/2017 | $1,900.13 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 879245 | 11/29/2016 | $4,562.40 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 70826D | 12/2/2016 | $12.10 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 241224D | 12/1/2016 | $0.21 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 241222D | 12/1/2016 | $0.08 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 651668 | $17,670.87 | 12/30/2016 | 877370 | 11/11/2016 | $7,103.70 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 651668 | $17,670.87 | 12/30/2016 | 870051 | 10/28/2016 | $9,223.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 659425 | $18,941.17 | 12/12/2016 | 882997 | 11/29/2016 | $2,116.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 242050D | 1/11/2017 | $0.21 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 895385 | 1/19/2017 | $3,708.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 895364 | 1/16/2017 | $240.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 895363 | 1/19/2017 | $2,740.50 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 894083 | 1/11/2017 | $4,430.25 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 894082 | 1/11/2017 | $9,245.10 |

International Inspirations Ltd. dba Lux Accessories; and Rosenthal & Rosenthal, Inc. (2173713)
Bankruptcy Case: Vanity Shop of Grand Forks, Inc.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 894081 | 1/11/2017 | $3,088.80 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663874 | $3,390.38 | 1/26/2017 | 242047 | 1/18/2017 | $120.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 242281-1D | 1/21/2017 | $0.09 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663874 | $3,390.38 | 1/26/2017 | 242280 | 1/18/2017 | $1,370.25 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 242048D | 1/11/2017 | $0.14 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663975 | $11,966.63 | 2/13/2017 | 244014 | 2/3/2017 | $9,879.38 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663975 | $11,966.63 | 2/13/2017 | 242283 | 2/3/2017 | $2,087.25 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663899 | $3,656.25 | 2/1/2017 | 242282 | 1/27/2017 | $390.00 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663899 | $3,656.25 | 2/1/2017 | 242281:1/27/2017 | 1/27/2017 | $1,335.75 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 663899 | $3,656.25 | 2/1/2017 | 242049 | 1/27/2017 | $1,930.50 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 896041 | 1/19/2017 | $3,800.25 |
| Vanity Shop of Grand Forks, Inc. | Vanity Shop of Grand Forks, Inc. | 665617 | $32,385.54 | 2/23/2017 | 894080 | 1/11/2017 | $9,274.80 |

**Totals:**     8 transfer(s),    $130,053.26