# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>                          Liquidating Debtor. | Chapter 11<br><br>Case No. 17-30112 |
| Vanity Shop of Grand Forks, Inc.,<br>                          Plaintiff,<br><br>vs.<br><br>International Inspirations Ltd. dba Lux Accessories; and Rosenthal & Rosenthal, Inc.,<br><br>                          Defendant. | Adv. No. 19-07031 |

## **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: April 15, 2019                        **ASK LLP**

                                                      By: */s/ Gary D. Underdahl*
                                                        Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                                        Gary D. Underdahl, Esq., MN 0301693
                                                        2600 Eagan Woods Drive, Suite 400
                                                        St. Paul, MN  55121
                                                        Telephone: (651) 406-9665
                                                        Fax: (651) 406-9676
                                                        Email: gunderdahl@askllp.com

                                                        *-and-*

                                                        Edward E. Neiger, Esq.
                                                        151 West 46th Street, 4th Floor
                                                        New York, NY  10036
                                                        Telephone: (212) 267-7342
                                                        Fax: (212) 918-3427

                                                        *Counsel for Plaintiff, Vanity Shop of Grand Forks, Inc.*