# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Vanity Shop of Grand Forks, Inc.,<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 17-30112 |
| Vanity Shop of Grand Forks, Inc.,<br>Plaintiff,<br><br>vs.<br><br>International Inspirations Ltd. dba Lux Accessories; and Rosenthal & Rosenthal, Inc.,<br><br>Defendant. | Adv. No. 19-07031 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on April 15, 2019, by:

[X]   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Defendants
Mandy Reiter, Owner
Lux Accessories
358 5th Avenue, 5th Floor
New York, NY 10001

Peter Rosenthal, CEO
Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY 10018

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 15, 2019           */s/ Jean Esslinger*
                                Jean Esslinger
                                ASK LLP
                                2600 Eagan Woods Drive, Suite 400
                                Saint Paul, MN 55121